# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139634

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                  SC: 139634
                                                  COA: 291204
                                                  Ingham CC: 05-000883-FC

MARTINNEZE LADON MOORE,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the July 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

y0222